UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-00235 AWI |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION FOLLOWING |
| | ) | REVOCATION OF PREVIOUSLY SET |
| V. | ) | CONDITIONS OF RELEASE |
| | ) | |
| ERNEST CRUZ ECHEVESTE | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

    A.  Order for Revocation And Detention

After conducting a hearing pursuant to 18 U.S.C. § 3148(h) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

    B.  Statement of Reasons For The Revocation And Detention

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

    __x__    There is clear and convincing evidence that this defendant has violated a condition or conditions of release, to wit: dirty test for methamphetamine and

  __x___ That this defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS SO ORDERED.

**Dated:  September 26, 2006**      _/s/ Lawrence J. O'Neill_
b9ed48              UNITED STATES MAGISTRATE JUDGE